.

| | | |
|---|---|---|
| KATTRINA CAROL RENFROE<br>DEXTER CARLTON HUDSON<br>115 NEELY RD<br>RICHLAND, MS 39218 | EASTERN ACCOUNT<br>ATTN: BANKRUPTCY<br>111 PARK RIDGE RD<br>BROOKFIELD, CT 06804 | SMITH ROUCHON<br>1456 ELLIS AVE<br>JACKSON, MS 39204 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | FIRST HERITAGE<br>129 CENTER ST<br>STE C<br>RICHLAND, MS 39218 | SPRING OAKS CAPITAL<br>ATTN: BANKRUPTCY<br>P.O. BOX 1216<br>CHESAPEAKE, VA 23327 |
| AARON'S<br>3147 HWY 80<br>PEARL, MS 39208 | IC SYSTEMS, INC<br>ATTN: BANKRUPTCY<br>444 HWY 96 EAST<br>ST. PAUL, MN 55127 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA 94108 | KLARNA<br>PO BOX 8116<br>COLUMBUS, OH 43201 | WILKINSON LAW FIRM<br>51 KEYWOOD CIRCLE<br>FLOWOOD, MS 39232 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | |
| AFTERPAY<br>222 KEARNY ST #600<br>SAN FRANCISCO, CA 94103 | MIDLAND CREDIT MGMT<br>ATTN: BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO, CA 92193 | |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | MIDLAND MORTGAGE CO<br>PO BOX 26648<br>OKLAHOMA CITY, OK 73216 | |
| CARMAX AUTO FINANCE<br>ATTN: BANKRUPTCY<br>12800 TUCKAHOE CREEK<br>RICHMAN, VA 23238 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | |
| CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501 | |