United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01589-JAW
Kattrina Carol Renfroe     Chapter 7
Dexter Carlton Hudson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Jun 27, 2025     Form ID: def     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Kattrina Carol Renfroe, Dexter Carlton Hudson, 115 Neely Rd, Richland, MS 39218-6003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

**Name**     **Email Address**

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Dexter Carlton Hudson trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Kattrina Carol Renfroe trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

mssb−defntc (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re:                                                              Case No.:  25−01589−JAW
                                                                     Chapter:  7

Kattrina Carol Renfroe           Dexter Carlton Hudson
115 Neely Rd                       115 Neely Rd
Richland, MS 39218              Richland, MS 39218

Social Security / Individual Taxpayer ID No.:
     xxx−xx−7301                       xxx−xx−9476

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE
**(Notice of Missing Documents and**
**Notice of Dismissal if Documents Not Timely Filed)**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch 7 Income Form 122A−1 due 07/11/2025
Aty Disclosure Stmt. due 07/11/2025
Schedules A−J2 due 07/11/2025
Sum. of Assets and Liabilities due 07/11/2025
Stmt. of Fin. Affairs due 07/11/2025

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 6/27/25                                     Danny L. Miller, Clerk of Court
                                                              Thad Cochran U.S. Courthouse
                                                              501 E. Court Street
                                                              Suite 2.300
                                                              Jackson, MS 39201

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.