PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
08/01/2025

IN RE:  CASE NUMBER: 25-01589-JAW
RENFROE, KATTRINA CAROL
HUDSON, DEXTER CARLTON

APPEARANCES:
(X) DEBTOR 1  (X) DEBTOR 2 (Wife in Joint Cases)
  (X) Required picture I.D. produced    (X) Required picture I.D. produced
  (X) Required SSN verification produced    (X) Required SSN verification produced
  ( ) Pay advices received    ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed
Tax returns received for _____ 2024 (years) on 07/15/2025 (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute: _____
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20___ AT _____ O'CLOCK ___.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

DATED: 08/01/2025

STEPHEN SMITH, TRUSTEE

Track # 035    or Tape # _____, Side _____ Counter Start# _____