United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01589-JAW
Kattrina Carol Renfroe  Chapter 7
Dexter Carlton Hudson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: Oct 07, 2025  Form ID: 318  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kattrina Carol Renfroe, Dexter Carlton Hudson, 115 Neely Rd, Richland, MS 39218-6003 |
| 5527357 | + | Eastern Account, Attn: Bankruptcy, 111 Park Ridge Rd, Brookfield, CT 06804-3981 |
| 5527369 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5527350 | + | Email/Text: bankruptcynotices@aarons.com | Oct 07 2025 19:28:00 | Aaron's, 3147 Hwy 80, Pearl, MS 39208-3503 |
| 5527351 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 07 2025 19:37:51 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5527352 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 07 2025 19:37:50 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5527353 | ^ | MEBN | Oct 07 2025 19:26:07 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5527355 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 07 2025 19:27:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5527354 | + | EDI: CAPITALONE.COM | Oct 07 2025 23:28:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5527356 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2025 19:37:45 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5527358 | + | Email/Text: bankruptcy@curo.com | Oct 07 2025 19:28:00 | First Heritage, 129 Center ST, STe C, Richland, MS 39218-4800 |
| 5527359 | + | EDI: LCIICSYSTEM | Oct 07 2025 23:28:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5527360 | | Email/Text: customerservice.us@klarna.com | Oct 07 2025 19:27:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5527361 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2025 19:37:46 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5527364 | | EDI: MSDOR | Oct 07 2025 23:28:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5527362 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2025 19:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5527363 | + | EDI: AISMIDFIRST | Oct 07 2025 23:28:00 | Midland Mortgage Co, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5527365 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 07 2025 19:28:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5527367 | | Email/Text: bankruptcy@springoakscapital.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: 318 | Total Noticed: 21 |

| | | | Oct 07 2025 19:27:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
|---|---|---|---|---|
| 5527366 | + | Email/Text: Tracey@sra-inc.net | Oct 07 2025 19:28:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5527368 | | Email/Text: bankruptcy@towerloan.com | Oct 07 2025 19:27:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Dexter Carlton Hudson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kattrina Carol Renfroe trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Kattrina Carol Renfroe** | Social Security number or ITIN | **xxx–xx–7301** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Dexter Carlton Hudson** | Social Security number or ITIN | **xxx–xx–9476** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25–01589–JAW** | | | |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Kattrina Carol Renfroe**                            **Dexter Carlton Hudson**

Dated: 10/7/25                                         **By the court:** /s/Jamie A. Wilson
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                 page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**